**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION**

| | |
|---|---|
| LARRY LITTLE, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>MITSUBISHI MOTOR )<br>MANUFACTURING OF AMERICA, )<br>Inc., )<br>)<br>    Defendant. ) | No. 04-1034 |

### O P I N I O N   A N D   O R D E R

Before the Court is Plaintiff's Motion for a Waiver. [Doc. 160]

Judgment was entered against Plaintiff [Doc. 122] in this case and Plaintiff appealed that judgment. A bill of costs was submitted by Defendant and this Court amended the judgment to assess costs against Plaintiff. [Doc. 150.] Plaintiff then appealed the Amended Judgment. The Court of Appeals issued a Notice [Doc. 158] informing Plaintiff that he must pay the filing fee for his second appeal or file a Motion to Proceed In Forma Pauperis in this Court. Now, Plaintiff has filed a Motion for Waiver in which Plaintiff informs the Court that "no separate filing fee" should be due for his appeal of the Amended Judgment. (Doc. 160 at 1.) In support of this argument, Plaintiff submits the docket sheets from two other cases where

"a post judgment appeal [was allowed] without a separate filing fee...."  Id.

Essentially, Plaintiff is arguing that he paid the filing fee for his original appeal and the Court of Appeals has erred by requiring Plaintiff to pay a second filing fee for appealing the Amended Judgment.  First, this Court is unaware if Plaintiff has paid the filing fee for his original appeal.  Furthermore, even if Plaintiff has paid his original fee, this Court is without the authority to instruct the Court of Appeals that they have erred by requiring Plaintiff to pay a second filing fee. Lastly, if Plaintiff indeed seeks a "waiver" of the filing fee and wishes to proceed in forma pauperis he has not complied with the requirements for proceeding in forma pauperis on appeal. Specifically, Plaintiff has not submitted a sworn affidavit listing his assets and income as required by Form 4 of the Federal Rules of Appellate Procedure.

IT IS THEREFORE ORDERED that Plaintiff's Motion for a Waiver is DENIED.

ENTERED this  28th  day of June, 2007.

                                          s/Joe Billy McDade
                                              Joe Billy McDade
                                  United States District Judge